**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM LEX | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-mc-96 |
| MARVIN WEINAR | : | |

**ORDER**

AND NOW, this 31st day of March, 2015, after consideration of petitioner's Petition to Vacate Arbitration Award (paper no. 1), petitioner's Memorandum in Support of Petition to Vacate Arbitration Award (paper no. 16), respondent's Cross Petition to Confirm Arbitration Award (paper no. 17), respondent's Memorandum in Support of Cross Petition to Confirm Arbitration Award (paper no. 19), and petitioner's Response in Opposition (paper no. 18), it is **ORDERED** that:

1. Petitioner's Petition to Vacate Arbitration Award (paper no. 1) is **GRANTED**, in part, and **DENIED**, in part. The arbitration award providing compound interest to respondent is **VACATED** as contrary to law; only simple interest is awarded. The Petition to Vacate the provisions in the arbitration award providing compensatory damages and fees to respondent is **DENIED**.

2. Respondent's Cross Petition to Confirm Arbitration Award (paper no. 17) is **DENIED** as untimely.

/s/ Norma L. Shapiro
J.